**Charles W. LOHRUM v. UNITED STATES of America.**

No. 5658.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1930.

Dudley C. Outcalt, of Cincinnati, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

PER CURIAM.

Judgment of District Court affirmed by court order.

---

**In the Matter of Margaret W. LONG and George W. Cushing, Trustee for Margaret W. Long, on Petition for Writ of Mandamus.**

No. 5854.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1931.

Simmons & Barker, of Louisville, Ky., for petitioner.

Dodd & Dodd, of Louisville, Ky., for respondent.

PER CURIAM.

Petition for writ of mandamus denied by court order.

---

**Robert H. LUCAS, Commissioner of Internal Revenue, Petitioner, v. CONSOLIDATED TEXTILE CORPORATION, Respondent.**

No. 3106.

Circuit Court of Appeals, Fourth Circuit.

Oct. 21, 1930.

Allin H. Pierce, Sp. Atty., Bureau of Internal Revenue, and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

John W. Townsend, of Washington, D. C., for respondent.

PER CURIAM.

Case docketed and dismissed on motion of petitioner.

---

**LYMAN–HAWKINS LUMBER CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5646.

Circuit Court of Appeals, Sixth Circuit.

Dec. 10, 1930.

John E. O. Feller, of Canton, Ohio, and Arthur N. Presmont, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Dismissed by court order, for failure to file briefs under the rule.